IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 31 A 9:39

CHIS S. NIX                              )
_____              )
Full name and prison number              )
of plaintiff(s)                          )
                                         )
v.                                       )   CIVIL ACTION NO. 2:05cv1044-D
                                         )   (To be supplied by Clerk of
SHERIFF, Anthon Clark                    )   U.S. District Court)
_____              )
                                         )
_____              )
                                         )
_____              )
                                         )
_____              )
Name of person(s) who violated           )
your constitutional rights.              )
(List the names of all the               )
persons.)                                )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (  )  NO (  )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (  )  NO (  )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit *Oct, 30, 05*

7. Approximate date of disposition *Oct, 14, 2005*

II. PLACE OF PRESENT CONFINEMENT *290 Hillcrest Dr. Andalusia Al 36420*
   _____

   PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Covington county Jail 290 Hillcrest Dr Andalusia, Al 36420*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. *Shieriff, Anthony Clark*    *290 Hillcrest Dr. Andalusia Ala 36420*

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *July 8, 2005*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: *1 Amendment*

2

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Chris Nix    BLOCK: C    DATE: Oct. 19, 2005

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Anthony Clark

(✓) SHERIFF    ( ) CHIEF JAILER    ( ) JAILER    ( ) RECORDS OFFICE    (✓) CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Anthony Clark / Walter Inabinet / Kevin Smith / Chaplan Tom Curry

Sir

I've been locked down Oct. 14, 05 thought this day and have not been charged order by Kevin Smith. I'm under a lot of stress because Kevin Smith refuse to talk to me nor give reason of detention. I'm mentally ill and wish to see mental doctor. Please help me I'm in fear something bag is going to happen to me

Chris Nix

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sheriff Clark has failed to minister properit redress of Grievance after many request also Kevin smith the new captain administrator

GROUND TWO: Amendment-4

SUPPORTING FACTS: I have been denied the Right to be Secured in my Houses Papers and effects by failure to give proper medical screening nor medical Treatment by County Jail

GROUND THREE: Amendment-8-14

SUPPORTING FACTS: Im BI polos skitsofrantic and Disable by Doctor and family Brought medicine To Jail and It has been denied Through anthony clark and Southern Health Partners Inc. as also lock in detention after instead of Treatment I've been punished Oct. 14, 05 without water and Sewage

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

To employ Relief of medical Treatment and Injunctive Relief of monitary Damage of the Sum of $150,000,000

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-26-05
                (Date)

_____
Signature of plaintiff(s)

Patricia Surratt
Notary Public
1-29-09

4

United States District Court
Middle District of Alabama

I <u>Chris Nix</u> have a <u>Biyplora Disorder</u>. I have been denied my <u>medication</u> and have ask to see a <u>mental doctor</u>. But my grievance was never answered. I have my med's brought to me. I have been Locked up sents the 4th of July. The nurse told me that she did not have to give me it. And it is requird that I take it. <u>And own the 14th to the 17th of october I was Lockeddown and deprived of running suwer</u> because they Lost my property and they wouldn't talk to me about it. so I Lost my temper. And I broke the water sprinkler in A Block. That is <u>the reason I need my med's and for depression.</u>