**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Anthony Clark
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Anthony Clark*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 11-4-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:05CV1044-D
   C & C
   (40)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 4439

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540