# Exhibit A

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Nix    Christopher    Scott

SOCIAL SECURITY NO.    LEAVE BLANK

420 - 02 - 5533

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 02-09-72 | M | W | 6'1 | 175 | BLU. | BRO. |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

L. THUMB    R. THUMB    LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

ATTORNEY _____

CALLED ATTORNEY_____ DATE:_____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
|      |                           |
|      |                           |
|      |                           |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED?                                    IMPOUNDED?

| | Year | Make | License No. |

CURRENCY $ _13.00_____    RINGS _____

CHANGE $ ___.54_____    KEYS _____

CHECKS $ _____    CARDS _____

TOTAL $ _13.54_____    KNIFE _____

WALLET (1) _w/ contents_____    LIGHTER (1) brass in color

WATCH (1) _Gold in color_____    PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED (2) packs of cig,

(1) head Rag_____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE _____

Received all of the above listed property this _____ day of _____ 19____.

SIGNED _____

ATTORNEY_____

CALLED ATTORNEY_____ DATE:_____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
| | |
| | |
| | |
| | |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED?                               IMPOUNDED?

Year          Make          License No.

CURRENCY  $ _____  RINGS _____

CHANGE    $ _____  KEYS _____

CHECKS    $ _____  CARDS _____

TOTAL     $ _____  KNIFE _____

WALLET _____  LIGHTER _____

WATCH  1 Timex Expedition  PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED  1 camaflage Roll Tidehut,
1 red w/ black striped shirt, red blue jeans,
_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities

PRISONER'S SIGNATURE _____

Received all of the above listed property this _____ day of _____ 19____

SIGNED _____

DID YOU SEARCH INMATE _yes_                        by Christopher Scott

DID YOU DO MEDICAL EVALUATION AND FORM _yes_

DID YOU BOOK SUBJECT IN _yes_

DID YOU LIST ALL CHARGES _yes_

DID YOU LIST ALL PROPERTY _yes_

DID YOU CHECK NCIC AND LOCAL FOR WARRANTS _yes_

DID YOU LIST ALL HOLDS ON INMATE _yes_

DID YOU ENTER INMATE IN THE COMPUTER _yes_

DID YOU PUT INMATE ON DAILY JAIL LOG _yes_

DID YOU PUT INMATE'S PROPERTY IN PROPERTY ROOM _yes_

DID YOU TAKE FINGERPRINTS _no - VOP_

DID YOU TAKE PHOTO _yes_

DID INMATE GET A PHONE CALL _____

DID YOU PUT MONEY IN LOCK BOX _none_

DID YOU PUT INMATE ON 72 HOUR HEARING LIST _yes_

BOOKING OFFICER _____        DATE _10-1-95_

RELEASING OFFICER WILL FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED _10-2-95_

DID YOU CHECK ALL HOLDS ON INMATE _yes_

DID YOU RETURN ALL PROPERTY AND MONEY _yes_

DID YOU HAVE INMATE SIGN FOR PROPERTY _no - 10-86_

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _____

DID YOU MAKE SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING _yes_

DID YOU PUT INMATE OUT ON DAILY JAIL LOG _yes_

DID YOU MAKE SURE THIS INMATE IS TO BE RELEASED AND THERE ARE NO HOLDS _yes_

DID YOU TAKE INMATE OUT OF COMPUTER _yes_

RELEASING OFFICER _____ _yes_

ATTORNEY _____

CALLED ATTORNEY_____ DATE: _____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
|      |                           |
|      |                           |
|      |                           |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED? _____ IMPOUNDED? _____

Year        Make        License No.

CURRENCY $ _____  RINGS _____

CHANGE   $ _____  KEYS _____

CHECKS   $ _____  CARDS _____

TOTAL    $ _____  KNIFE _____

WALLET ___ _____  LIGHTER _____

WATCH ___ _____  PEN PENCIL _____

OTHER ITEMS NOT CLASSIFIED _____

_____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE ˣ Chris Nix _____

Received all of the above listed property this _____ day of _____ 19____

SIGNED ˣ Chris Nix _____

S.S.NO. 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          PRISONER'S JAIL RECORD                    NO. _____

NAME _Mix, Christopher Scott_          DATE _10-24-95_  TIME _____

ALIAS _____

ADDRESS _600 Pecan Ave    Opp AL._

AGE _23_  RACE _W_  SEX _M_  EYES _Haz_  HAIR _Bro_  HEIGHT _6'01_  WEIGHT _208_

DATE OF BIRTH _02-07-72_    PLACE OF BIRTH _Covington County_      SCARS OR MARKS _____

ARRESTING OFFICER _2313 Rogers_      ARRESTING AGENCY _CPD_

OFFENSE _DUI_

TELEPHONE NO _493-333_

STATUS _____    SPOUSE OR NEXT OF KIN _Mother Robbie Smith_

SENTENCE EXPIRES _____

SENTENCE BEGINS _____    HOLD FOR _____

                          TIME ALLOWED—
BEHAVIOR _____          GOOD BEHAVIOR _____

HOW RELEASED _Bond - 94 5gt._   DATE _10-26-55_  TIME _1:03pm_

RELEASING OFFICER _____        DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____   RELEASING R/I PRINT _____

REMARKS: _Bond #500_

CALLED ATTORNEY_____ DATE:_____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
|      |                           |
|      |                           |
|      |                           |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED?                                    IMPOUNDED?

Year          Make          License No.

CURRENCY  $ _____    RINGS _____

CHANGE    $ _____    KEYS _LSet_____

CHECKS    $ _____    CARDS _____

TOTAL     $ _____    KNIFE _1_____

WALLET _____   LIGHTER _____

WATCH _____     PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED _Cig paper_____

_____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities

PRISONER'S SIGNATURE _DUI_____

Received all of the above listed property this _26_ day of _Oct._____ 19_95_

SIGNED _Chris Nix_____

S.S. NO. 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

# PRISONER'S JAIL RECORD

NO. _____

NAME _Nix, Christopher Scott_     ADDRESS _P O Box 22  Opp AL_     DATE _11-21-95_     TIME _4pm_

ALIAS _Crazy_

AGE _23_     RACE _W_     SEX _M_     EYES _Blu_     HAIR _Brn_     HEIGHT _6'0_     WEIGHT _210_

DATE OF BIRTH _2-05-72_     PLACE OF BIRTH _Opp, AL._     SCARS OR MARKS _Scar Lesser Left Forearm_

ARRESTING OFFICER _CCSO_     ARRESTING AGENCY _CCSO_     TELEPHONE NO _493-3330_

OFFENSE _Serve 48 Hours For DWI_

STATUS _Single_     SPOUSE OR NEXT OF KIN _Robbie Smith_

SENTENCE BEGINS _____     SENTENCE EXPIRES _____     HOLD FOR _____

BEHAVIOR _____

TIME ALLOWED—GOOD BEHAVIOR _____

HOW RELEASED _Time Served_     DATE _12-01-95_     TIME _16:00_

DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____     RELEASING R/I PRINT _____

ENTERING OFFICER _____     RELEASING OFFICER _____

REMARKS: _____

CASE # 04-255-CF

IN THE CIRCUIT COURT OF
WALTON COUNTY

STATE OF FLORIDA

VIOLATION OF PROBATION
WARRANT

ORDER TO TAKE INTO CUSTODY

STATE OF FLORIDA
VS.

CHRISTOPHER NIX



THIS WARRANT WAS RECEIVED BY THIS
DEPARTMENT AT _____
COUNTY, FLORIDA ON THE _____ DAY
OF _____, A.D. 20_____, AND
EXECUTED IN _____ COUNTY,
FLORIDA ON THE _____ DAY OF
_____, A.D. 20_____,
BY ARRESTING THE WITHIN NAMED

_____

_____
ARRESTING OFFICER

_____
DEPARTMENT

_____
DATE AND TIME OF SERVICE

_____
PLACE OF SERVICE

## IDENTIFYING DATA

AKA: Chris Nix
RACE: White    SEX: male    DOB: 02-09-1972
SMT: Tattoos: Left Arm – Knife, Right Arm - name
HGT: 6'02"    WGT: 190 lbs
EYES: Blue    HAIR: Brown
SS#: 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
DL#: Unknown
CURRENT LOCATION/LAST KNOWN ADDRESS:
Covington County Jail, Andalusia, Alabama /
994 Caswell Drive, DeFuniak Springs, FL 32433

Phone: (Home) 850-892-6140  (Cell) _____
Residing with/relationship: Mother & Stepfather
Employer name/phone: Disabled
Place of birth: Opp, Alabama
Vehicle info: 1969 White Ford F-150 truck

|  | Yes | No |
|---|---|---|
| History of violence: | ☐ | ☒ |
| Prior resisting arrest: | ☐ | ☒ |
| Prior use or possession of weapon | ☐ | ☒ |

## ORI: FL066035G

STATE OF ALABAMA,

V.

_Christopher Scott Nix_ ,

DEFENDANT.

IN THE CIRCUIT COURT OF

COVINGTON COUNTY, ALABAMA

CASE NO. _DUI_

**THE FOLLOWING CONDITIONS APPLY TO ALL PERSONS RELEASED WHETHER ON PERSONAL RECOGNIZANCE OR OTHERWISE:**

1. The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

2. The defendant must refrain from committing any criminal offense.

3. The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

4. The defendant must promptly notify the Court of any change of the defendant's address.

_District Court 11-7-95 ; 9:00 am_

The provisions of this release order may be revoked or modified by the Court for cause. This release order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction of the defendant of the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any one of the above conditions, a warrant for your arrest will be issued.

**ACKNOWLEDGMENT BY DEFENDANT**

I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein, and I also understand that failure to appear as required may subject me to additional charges and the revocation of release.

Date: _____

Defendant: _Chris Nix_

Address: _000 Jennie_

City _Opp_  State _AL_  Zip _36467_

S.S. NO. 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

## PRISONER'S JAIL RECORD

NO. _____

NAME Mix, Christopher S    DATE 02-15-99    TIME 17:51

ALIAS _____

ADDRESS 2018 West 7th St Florala

AGE 27    SEX M    EYES Blu    HAIR Brn    HEIGHT 6'7"    WEIGHT 177

DATE OF BIRTH 02-69-72    PLACE OF BIRTH Opp, Al

SCARS OR MARKS _____

ARRESTING OFFICER Lockhart J.D.

ARRESTING AGENCY Florala P.D.

OFFENSE DUI, POM II, Poss. Drug Para.    TELEPHONE NO 858-672

STATUS _____

SPOUSE OR NEXT OF KIN Robbie Sue Gustifson

SENTENCE EXPIRES _____

HOLD FOR _____

SENTENCE BEGINS _____

BEHAVIOR _____

TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED Bond - Tabb    DATE 2-17-99    TIME _____

DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER Mathew

ENTERING R/I PRINT    RELEASING R/I PRINT

REMARKS: _____

| State of Alabama<br>Unified Judicial System | ORDER OF COMMITMENT TO CUSTODY | Case Number |
|---|---|---|

IN THE _____ MUNICIPAL _____ COURT OF _LOCKHART (COVINGTON)_ _____ ALABAMA
(Circuit District, or Municipal)                          (Name of Municipality or County)

☐ STATE OF ALABAMA      ☒ MUNICIPALITY OF _LOCKHART_ _____

v.  CHRISTOPHER SCOTT NIX _____, Defendant

## COMMITMENT ORDER

TO THE SHERIFF, JAILER OR WARDEN OF _COVINGTON COUNTY JAIL_ _____

You are ordered to RECEIVE INTO CUSTODY the above-named Defendant, who is charged with _MARIJUANA #2_,

_DRUG POSS OF PARAPHERNALIA, & D.U.I._ _____  The reason(s) for the above-

ordered commitment are as follows: _____

_____

DEFENDANT IS

☐ To be Held pending further Orders of the Court

☐ May be Released on the Posting of a ☐ Surety or Commercial ☐ Cash

  ☐ Personal Recognizance bond in the sum of $ _____

☐ To be Held until the above Sentence is Satisfied  (Clerk's Transcript to Follow)

☐ To be Held Pending transfer to State Custody. (Clerk's Transcript to Follow)

☐ Defendant Due to Return to Court on ____ / ____ / ____

☒ MAKE BONDS _____

## SENTENCING INFORMATION
### (If Applicable)

SENTENCE: _____ imprisonment

in the ☐ State Penitentiary ☒ County Jail ☐ County Jail at Hard Labor ☐ Municipal Jail
☐ Custody of State of Alabama (Y.O)

Date of Original Sentence: ____ / ____ / ____      Date Sentence Begins on this Commitment: _2/16/99_

Jail Credit Due (if any): _____ as below date.

## ADDITIONAL ORDERS

Dated: _02_ / _16_ / _99_          _Barbara Robart_ / Magistrate
                                    Judge/Clerk/Magistrate

23

Last Name: _Nix_ First: _Christopher_ MI: _____

DID YOU PUT PROPERTY IN PROPERTY ROOM _yes_

DID YOU BOOK SUBJECT IN _yes_

DID YOU LIST ALL CHARGES _yes_

DID YOU LIST ALL PROPERTY _yes_

DID YOU LIST ALL HOLDS ON INMATE _yes_

DID YOU TAKE FINGERPRINTS _yes_

DID YOU TAKE PHOTO _yes_

DID YOU ENTER THEIR MONEY IN SWANSON _yes_

DID SUBJECT GET A PHONE CALL _yes_

DID YOU PUT SUBJECT IN DAILY JAIL LOG _yes_

BOOKING OFFICER _Jane S. Michaels_

PUT THIS FORM IN INMATES FILE _____ DATE: _2-16-99_


OFFICER"S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE:

DATE RELEASED: _2-17-99_

DID YOU CHECK ALL HOLDS ON SUBJECT _Yes_

DID YOU RETURN ALL PROPERTY AND MONEY : _Yes_

DID YOU HAVE THE INMATE SIGN FOR PROPERTY: _Yes_

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _Yes_

ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING _Yes_

DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION _Yes_

ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO NOT HAVE

ANY HOLDS ON THEM. _Yes_

RELEASING OFFICER: _Kathleen_


PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

COVINGTON COUNTY JAIL MEDICAL SCREENING SHEET
-- TO BE COMPLETED AT INTAKE BY BOOKING OFFICER --

PERSONAL INFORMATION:
    MARITAL/RELATIONSHIP INFORMATION:
        STATUS: M  (M,D,W,S,O(THER))
        NEXT OF KIN: Gustafson        Bobbie        Sut
                    LAST NAME          FIRST NAME        MI

        ADDRESS: 2018 West 7th st
        ADDRESS:
        CITY: Florala        STATE: Al        ZIP:
        PHONE: 858-6723

ADDITIONBAL INMATE INFORMATION

HAND: n        HEARING PROBLEMS: no        SUFFIX NAME: _____
VISION PROBLEMS: no        READS ENGLISH: nes        RELIGION _____
WRITES ENGLISH: nyes        SPEAKS ENGLISH: nyes        EDUCATION(YRS) 11thgrade

VISUAL ASSESSMENT

YES/NO(Y/N) // ANY YES ANSWERS SHOULD BE EXLAINED IN THE EXPLANATIONS SECTION
  n   1. IS INMATE UNCONCIOUS?
  n   2. DOES INMATE HAVE ANY VISIBLE SIGNS OF TRAUMA, ILLNESS, OBVIOUS PAIN OR
        BLEEDING, REQUIRING IMMEDIATE OR DOCTORS CARE?
  n   3. IS THERE OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE OR OTHER
        EVIDENCE OF INFECTION THAT5 MIGHT SPREAD THROUGH THE FACILITY?
  n   4. ANY SIGNS OF POOR SKIN CONDITION, VERMIN, RASHES, OR NEEDLE MARKS?
  n   5. DOES INMATE APPEAR TO BE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL?
  n   6. ANY VISABLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL?
  n   7. DOES THE INMATE'S BEHAVIOR SUGGEST THE RISK OF SUICIDE OR ASSAULT?
  n   8. IS INMATE CARRYING MEDICATION?
  n   9. DOES THE INMATE HAVE ANY PHYSICAL DEFORMITES?
  n  10. DOES INMATE APPEAR TO HAVE ANY PSYCHIATRIC PROBLEMS?

    11. DO YOU HAVE OR HAVE YOU EVER HAD ANY OF THE FOLLOWING?

  n  A. ALLERGIES        n  F. FAINTING SPELLS        n  K. SEIZURES
  y  B. ARTHRITIS        n  G. HEART CONDITION        y  L. TUBERCULOSIS
  y  C. ASTHMA           n  H. HEPATITIS              y  M. ULCERS
  n  D. DIABETES         n  I. HIGH BLOOD PRESSURE    n  N. VENERAL DISEASE
  n  E. EPILEPSY         y  J. PSYCHIATRIC DISORDER  ___ O. OTHER (SPECIFY)

    12. FOR FEMEALES ONLY:

        ____ A. ARE YOU PREGNANT?
        ____ B. DO YOU TAKE BIRTH CONTROL PILLS?
        ____ C. HAVE YOU RECENTLY DELIVERED?

COVINGTON COUNTY JAIL MEDICAL SCREENING SHEET     CONT.
INMATE QUESTIONAIRE -- CONTINUED:

YES/NO (Y/N)

N  13. HAVE YOU RECENTLY BEEN HOSPITALIZED OR TREATED BY A
        DOCTOR?
Y  14. DO YOU CURRENTLY TAKE ANY MEDICATION PRESCRIBED BY A
        DOCTOR?
N  15. ARE YOU ALLERGIC TO ANY MEDICATION?\
N  16. DO YOU HAVE ANY HANDICAPS OR CONDITIONS THAT LIMIT
        ACTIVITY?
Y  17. HAVE YOU EVER ATTEMPTED SUICIDE OR ARE YOU THINKING
        ABOUT IT NOW?
Y  18. DO YOU REGULARLY USE ALCOHOL OR STREET DRUGS?
N  19. DO YOOU HAVE ANY PROBLEMS WHEN YOU STOP DRINKING/USING
        DRUGS?
N  20. DO YOU HAVE A SPECIAL DIET  PRESCRIBED BY A PHYSICIAN?
Y  21. DO YOU HAVE ANY PROBLEMS OR PAIN WITH YOUR TEETH?
Y  22. DO YOU HAVE ANY OTHER MEDICAL PROBLEMS WE SHOULD
        KNOW ABOUT?  Bipolar disorder

EXPLANATIONS:  (REFER TO ITEM NUMBER/LETTER)

1.) 11B eln pints
2.) 14 has own meds.
3.) 17 has a history of suicide attempts
4.) 18 ____ on a regular basis
5.) 21 all top teeth

COVINGTON COUNTY JAIL AUTHORIZATION FOR MEDICAL TREATMENT

I, THE UNDERESIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL AUTHORIZE
THE RESPONSIBLE PHYSICIAN/REGISTERED NURSE (OR WHOMEVER HE/SHE MAY
DESIGNATE) TO ADMINISTER MEDICAL EXAMINATIONS AND/OR TREATMENT AS
NECESSARY WHILE I AM INCARCERATED IN THIS FACILITY.

INMATE SIGNATURE: _____

DATE: _02-15-99_    SSN: _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_

WITNESS: _James Marks_

DATE: _02-15-99_


RELEASE FROM RESPOSIBILITY

I , THE UNDERSIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL HAVE THE
LEGAL RIGHT TO REFUSE TREATMENT, EXAMINATION, PROCEDURES AND/OR
MEDICATIONS IF I SO CHOOSE DURING MY INCARCIRATION IN THIS FACILITY.

INMATE SIGNATURE: _____

DATE: _02-15-09_    SSN: _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_

WITNESS: _James Marks_

DATE: _02-15-99_







STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ORDER OF PROBATION AND PAROLE OFFICER
AUTHORIZING ARREST OF PROBATION VIOLATOR

_____ LIMESTONE COUNTY OR ANY LAWFUL OFFICER OF THE STATE OF

_____ SCOTT          COURT NO. CC 1997 000599 00 WHO WAS CONVICTED IN
_____ OF THE OFFENSE OF ATTEMPT- POSSESSION COCAINE
_____ TO A TERM OF 03 YEARS 00 MONTHS 000 DAYS IN THE
_____ HARD LABOR FOR THE COUNTY WHO WAS GRANTED PROBATION
_____ A PERIOD OF 03 YEARS 00 MONTHS 000 DAYS HAS IN THE
_____ PROBATION. THEREFORE, BY VIRTUE OF THE AUTHORITY VESTED
_____ AUTHORITY TO TAKE THE SAID NIX CHRISTOPHER SCOTT
_____ AND HOLD HIM FOR THE FURTHER ORDER OF THE JUDGE OF THE
COURT OF LIMESTONE COUNTY.

DATED AT _Addison_ ALABAMA, THIS THE 1st DAY OF _Ot._ '99

_[signature]_

PROBATION AND PAROLE OFFICER

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

P O BOX 543                             HT: 6'02"  WT: 190    RACE:W
_____ SPRIN ___ FL 32433 0000        HAIR: BRO  EYE: BLU   SEX:M
                                        BIRTH DATE: 02/09/1972
_____                                SID#: 01209090  SSN#:480025033

DISABILITY SSI                          PHONE NO: 000-000-0000

OFFICER'S RETURN:
_____ ON ___
EXECUTED ON 10-01-99           BY: ROBERT G ARNETT
X DEFENDANT ARRESTED. RELEASED ON BOND
  DEFENDANT ARRESTED. IN JAIL
  DEFENDANT ARRESTED. NOT BOOKED
  NOT FOUND
  OTHER ___

_[signature]_ CCSO.

SHERIFF                                 OFFICER

1999  01:00P  13344273058                COVINGTON CO JAIL                              PAGE  01



**...ington County**
*Sheriff*
*Anthony Clark*

**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

### FAX COVER SHEET

DATE ___10-1-99___        TIME ___1119 hrs___

TO ___Limestone Co Sheriff Dept___

ATT: ___Collier___

FAX # ___256-233-6473___

FROM ___Cept. Ashley Roberts___

SENDERS PHONE # ___334-24-428-2640___

SENDERS FAX # ___334-428-2665___

NUMBER OF PAGES INCLUDING THIS PAGE ___2___

Charlie Roberts
in
Andulasia
Call
1-334-240-2640

S.S. NO. 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    PRISONER'S JAIL RECORD    NO. _____

NAME NIX, Christopher Scott    DATE 10-1-99    TIME 10:50 pm

ALIAS _____    ADDRESS DeFuniak Springs FL

AGE 27 RACE W SEX M EYES Blu HAIR Bro HEIGHT 6'1" WEIGHT 180

DATE OF BIRTH 2-4-72    PLACE OF BIRTH Lexington Ce    SCARS OR MARKS Tattoo on Lr Face

ARRESTING OFFICER Robert Arnett 2315    ARRESTING AGENCY 1150

OFFENSE VOPP    TELEPHONE NO 850-892

SPOUSE OR NEXT OF KIN Rob Gustason

STATUS Married

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _____

BEHAVIOR _____    TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED transfer to Limestone Co SO    DATE 10-2-55    DRAFT BOARD & CLASSIFICATION    TIME 1200

RELEASING OFFICER ENTERING R/I PRINT    RELEASING R/I PRINT

REMARKS: "Escape Risk"
"Suicide Watch"

# INMATE SUMMARY

## CHRISTOPHER SCOTT NIX (S420025533)

| Covington County Sheriff | | | Booking Number 200008252 |
|---|---|---|---|
| Printed: Mon Jul 04,2005 | | | Booking Date JULY 4th, 2005 |

| Section HOLDING | Block | Cell | Bed | Social Security Number 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 | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | 994 CASWELL DEFUNIAK  FL | | Home Telephone (850) 892-6140 |
|---|---|---|---|

| Sex M | Date of Birth 1972-02-09 | Age 33 | Height 6' 02" | Weight 177 | Race WHITE | Eyes BLUE | Hair BROWN |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin ROBBIE GUESFATSON SAME AS ABOVE | NOK Telelphone (850) 892-6140 |
|---|---|

| Charge(s) ATTEMPTED MAN II-200,000,POM I-50,000 PODP-20,000,RECK.END.-3,000 SEE NOTES | Bond TOTAL BOND 279,000 | Arresting Officer |
|---|---|---|

| Jailor CJ006  BLUE, BILL | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor NO | Medications LEXIPRO,REMRON, |
|---|---|---|
| | Special Diet NO | Drug Allergies NO |
| | Other   MENTAL EMOTIONAL UPSET, ATTEMPTED SUICIDE, DRUG ADDICTION, MENTAL ILLNESS |

## PROPERTY

| RECEIVED | CURRENCY $249.00, CHANGE $2.11, GOLD/COL NECKLACE, 2 BOOTS, BLACK JEANS, GRAY SHIRT 2 WHT/SOCKS |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

| JUVENILE FINGERPRINT | DATE OF ARREST | | ORI | |
|---|---|---|---|---|
| SUBMISSION          YES | MM DD YY 07/04/05 | | CONTRIBUTOR ADDRESS | AL0230000 SO ANDALUSIA, AL |
| TREAT AS ADULT          YES | | | REPLY    YES DESIRED? | |

| SEND COPY TO ENTER ORI | DATE OF OFFENSE MM DD YY 07/04/05 | PLACE OF BIRTH (STATE OR COUNTRY): AL. | COUNTRY OF CITIZENSHIP U.S. |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS Tats on both Arms |
|---|---|

| | RESIDENCE/COMPLETE ADDRESS 994 Caswell Rd. | CITY DeFuniak Springs | STATE Fl. |
|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER CJ026 | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?          YES PALM PRINTS TAKEN?          YES |
|---|---|---|

| EMPLOYER (IF US GOVERNMENT INDICATE SPECIFIC AGENCY; IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.) | OCCUPATION |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| Attempted Man II | 1 |
| POM I | |
| PCDP | 2 |
| Reckless Endangerment | |
| Resisting Arrest | 3 |
| DUI | |
| | ADULT/NAI |
| | DATE (DD/FBI F STAMP) |

# PRISONER'S JAIL REPORT

S. S. N.# [4] [2] [0] - [0] [2] - [5] [5] [3] [3]

BOOKING OFFICER: _____

NAME: Aik, Christopher Scott

DATE: [0] [7] / [0] [4] / [0] [5]   TIME: 0400   AM   PM   (Mil.)

ALIAS: _____

ADDRESS: 994 Kaswell Rd Defunick Springs, Fl

AGE: 33   RACE: W   SEX: M   EYES: Blu   HAIR: BRO

HGT: 6'01"   WGT: 175   D. O. B.: [0] [2] / [0] [9] / [7] [2]

PLACE OF BIRTH: _____ OPP _____ Covington _____ Al
                              (City)              (County)           (State)

SCARS / MARKS: Tattoo Both Arms

ARRESTING OFFICER(S): Hudson, 804 , Williams, Perry 603

AGENCY: Drug Task Force, Tactical PD

OFFENSE: Attempted Manufacturing II, Poss Marihuana I, Poss
Drug Paraphernalia, Reckless Endangerment, Resisting Arrest, DUI

STATUS: _____   NEXT OF KIN: Robbie Gustafson
                                              (mother)

PHONE NUMBER: ( 850 ) 892 - 6140

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: [  ] / [  ] / [  ]   TIME: _____   AM   PM   Mil.

RELEASING OFFICER: _____

REMARKS: Attempted Man II $120,000        Reckless Endangerment $15,000
         Pom I        $50,000              Resisting Arrest $15,000
         PODP         $20,000              DUI              $3,000
                      Total $279,000

Hold for Florida

# INMATE PROPERTY LOG

**CHRISTOPHER SCOTT NIX (S420025533)**

Covington County Sheriff

Printed: Mon Jul 04, 2005

Booking Number
**200008252**

Booking Date
**JULY 4th, 2005**

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| $249.00 | $2.11 | | | $251.11 |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | GOLD/COL NECKLACE | | |
| 2 | BOOTS | | |
| 1 | BLACK JEANS | | |
| 1 | GRAY SHIRT | | |
| 2 | WHT/SOCKS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    PROPERTY IN BOX L-2 IN ADMIN ROOM

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _Chris S. Nix_ _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _CJ006 AW Blue_ _____ Date: 7-4-05 Time: 0600

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

IN THE CIRCUIT COURT IN AND FOR WALTON COUNTY, FLORIDA

STATE OF FLORIDA

    Plaintiff                      CRIMINAL ACTION

VS.

Christopher Nix                 CASE NO.  04-255-CF

    Defendant.

## ORDER REVOKING BOND

THIS CAUSE came before the Court upon the notification by Probation & Parole Services that the above-referenced Defendant has failed to meet the conditions of probation/community control while on bond.  The Court finds that said failure on behalf of the Defendant represents an indication to the Court that the Defendant is a poor security risk.

Therefore, it is hereby

ORDERED AND ADJUDGED that Defendant's bond is hereby revoked and the Sheriff of Walton County, or any of his authorized Deputies, is hereby directed to take the Defendant into custody.

DONE AND ORDERED in Chambers, Walton County, Florida this 27 day of

July 2005.

_____
JUDGE KELVIN C. WELLS, CIRCUIT JUDGE

CC:    State Attorney's Office
       Attorney of Record
       Sheriff's Office
       Probation & Parole
       Defendant

Clerk of Circuit Court
BY
Deputy Clerk



Date Typed: 7/20/05

# PROPERTY RELEASE FORM

I _Chris Nix_ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY _Virgil Davis_ . I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _Chris Nix_

WITNESS _SD Miller_

DATE _7-25-05_

PROPERTY PICKED UP BY: _Virgil Davis_

DATE _7-25-05_

WALTON COUNTY SHERIFF'S OFFICE

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| DORENE | JANA-WARRANTS |

| COMPANY: | DATE: |
|---|---|
| COVINGTON COUNTY | 8/8/2005 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 334-428-2665 | 3 |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| | |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| NIX, CHRISTOPHER | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

OUR AGENCY HAS AN ACTIVE WARRANT ON THE ABOVE SUBJECT. CASE #04-255-CF. ORDER REVOKING BOND. PLEASE PLACE A HOLD ON THE SUBJECT FOR OUR AGENCY.

THANK YOU

*Jana*

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Chris Nix                BLOCK: C       DATE 8-21-05

TELEPHONE CALL        CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    (✓) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF  ( (CHIEF JAILER) ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Kevin You told me that you did not
give Contact vist Now ~~~~~~
yesterday, that matt cranley get one
So you told me that you did not do that
no more. my mother is in too times
Bad Shape of his mom. And you told me
that you ~~~~~~~ would put A chair in
their for yer her to set in, that Buil
Shit. ~~~~~~~ honke that is a
Bregers Act. I would nuoer the
more with me. I hate to By lide to
I have no more respecte for you

Kevin Nix

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I didn't give Cranley the contact vist. The
Sho Rif approved him to a contact vist

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Chris Aliv          BLOCK: C     DATE: 8-22-05

TELEPHONE CALL     CUSTODY CHANGE   ( ) PERSONAL PROBLEM

(X) SPECIAL VISIT     ( ) TIME SHEET     ( ) OTHER     ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF   (CHIEF JAILER)  ( )JAILER  ( )RECORDS OFFICE  ( )CHAPLIAN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

My Mom liv in D.F Sprin FL,
She takes care of my step Dad
hew has Olhtimer's the only
Day that she can come is on
tusday afterNocN that's when the
Nurse comes. And stay with papa
Sr if you caN Let her come on that
I would Be more then thak fule

Chris Aliv

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

(X) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Let her know to call before and let
us know the day. And it needs to be
before 4pm

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME Chris Nix    BLOCK: C    DATE 8-30-05

TELEPHONE CALL    CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL DIET    TIME SHEET ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Nurse Michttl has A Bad thuttle
Atatued, tow the iN Imates, She dose
Not wnte to do her Joh And Deater's
Like Se is Spepeletd

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I have been informed of this and I am
in the process of dealing with this.



ovington County Sheriff's Office

thony Clark, Sheriff
Hillcrest Drive
lalusia, AL 36420
ce (334) 428-2640
(334) 428-2654

*Monday — Friday only*

EFFECTIVE AUGUST 12, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.

MALES

3 T SHIRTS
3 PAIRS OF UNDERWEAR
3 PAIRS OF SOCKS

FEMALES

3 BRAS NO UNDER WIRE
3 PAIRS OF PANTIES FULL CUT
3 PAIRS OF SOCKS

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD/WORD SEARCH
BOOKS AND 2 PAPERBACK NOVELS.  THESE NOVELS MUST BE IN GOOD
TASTE IN MORALS VALUES.  ALL CLOTHING MUST BE SOLID WHITE.
PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME.
THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE
LAST TIME.

I _____ AM LEAVING THE FOLLOWING ITEMS
FOR _____ . I UNDERSTAND THAT ONCE THESE
ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT
RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

DATE: _____

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE _____

DATE: _____

Anthony Clark

Must be solid white clothes.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME Chris Nix          BLOCK C  DATE 10-24-05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET   ( ) GRIEVANCE     ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI
APPLICABLE.

I need to see A Notary to So
they Can ~~finly~~ Authorize my pappers

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

The Notary will be here at 8:00 am
on 10-26-05 (in the morning) Please
be up when they come for you.
Thanks
L. Gipson 10-25-05

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS NIX,                          )
                                    )
    Plaintiff,                  )
                                    )
                          ) CIVIL ACTION NO.: 2:05-CV-1044-D
v.                                  )
                                    )
ANTHONY CLARK,                      )
                                    )
    Defendants.                 )

## AFFIDAVIT OF ANTHONY CLARK

STATE OF ALABAMA                    )
                                    )
COUNTY OF COVINGTON                 )

1.     My name is Anthony Clark. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.     I am the duly-elected Sheriff of Covington County, Alabama and was the duly-elected Sheriff of Covington County at all times relevant to Plaintiff's Complaint.

3.     I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of any of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.     It is the policy of the Covington County Sheriff's Department that members of the jail staff receive and answer inmate grievances. Forms on which grievances may be related to the jail staff are readily available in the jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

5.     Inmates are made aware of the grievance procedure.

6.     To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of this jail.

7.     I am not personally involved in the day-to-day operations of the jail. I have delegated that power and authority to the Jail Administrator.

8.     When a grievance is addressed specifically to me, I review the contents and forward it to my Chief Deputy and/or the Jail Administrator to be addressed.

9.     The Covington County Jail has a policy of providing adequate housing and toilet facilities for its residents. Each inmate receives continual access to water and toilet facilities.

10.     The Covington County Commission has contracted with Southern Health Partners, Inc. ("SHP") to provide all health care related services to the inmates at the Covington County Jail. SHP provides a doctor and at least one nurse which are available for inmate needs 24 hours a day, seven days a week. In particular, SHP staff recommend and perform inmate physical and mental health evaluations and treatments, and initiate and/or confirm health-related appointments with outside health-care providers as needed. The responsibility of jail personnel with regards to health-related appointments outside the jail is limited to transporting the inmates to any such appointments upon the instruction of SHP staff.

11.     Neither I nor any Covington County Jail personnel have any control, authority or responsibility for the provision of health care to jail inmates; we are required to rely on the training and expertise of SHP for such services. However, in emergency situations, jail personnel are authorized to contact the SHP nurse or doctor and/or call for an ambulance and emergency medical assistance.

12.    Southern Health Partners staff maintain, control, secure and dispense all medications. Covington County Jail personnel do not have access to patient medications, and have no control, authority or responsibility for the dispensing of medications to inmates.

13.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate records, kept at the Covington County Jail in the regular course of business.

14.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_Anthony Clark_ _____

Anthony Clark

**SWORN TO** and **SUBSCRIBED** before me this _12_ day of December, 2005.

_Debbie Cook_ _____

NOTARY PUBLIC

My Commission Expires: _3|2|09_ ___

4